**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MARILYN PRESHA-JACKSON,

        Plaintiff,

vs.                               Case No. 3:14-cv-926-J-32JBT

MEMORIAL HEALTHCARE GROUP, INC.,
et al.,

        Defendants.

## **ORDER**

As announced at the December 17, 2014 hearing, the record of which is incorporated by reference, it is hereby

**ORDERED**:

Defendants' Motion to Dismiss (Doc. 11) is **GRANTED** without prejudice to plaintiff filing a second amended complaint no later than **February 17, 2015**. Defendants shall respond by **March 12, 2015**. Although the Court will delay entry of a Case Management and Scheduling Order until the pleadings are settled, the parties are permitted to engage in discovery at this time.

**DONE AND ORDERED** at Jacksonville, Florida this 18th day of December, 2014.

                                                    TIMOTHY J. CORRIGAN
                                                    United States District Judge

s.
Copies:

counsel of record