# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

MARILYN PRESHA-JACKSON,

       Plaintiff,                        CASE NO.:   3:14-cv-926-TJC-JBT

vs.

MEMORIAL FAMILY PRACTICE
ASSOCIATES, LLC and DRS. MORI,
BEAN AND BROOKS, P.A.,

       Defendants.

## SECOND AMENDED COMPLAINT AND JURY TRIAL DEMAND

Plaintiff Marilyn Presha-Jackson files this Second Amended Complaint and Jury Trial Demand and states:

1. This is an action for damages that exceed $15,000 exclusive of interests, costs and attorney's fees.

2. Venue is proper in Duval County because the acts and transactions occurred here, Plaintiff resides here, and Defendants transact business here.

3. Plaintiff is a natural person who resides in Duval County, Florida. Additionally, Plaintiff is a "debtor" or "consumer" as that term is defined by Florida Statute § 559.55(2).

4. Defendant Memorial Family Practice Associates, LLC ("Memorial") is a Florida limited liability company. Memorial operates under the fictitious names of Memorial Behavioral Health and Memorial Hospitalists.

5. Defendant Drs. Mori, Bean and Brooks, P.A. ("MBB") is a Florida corporation. MBB operates under the fictitious names of MBB Radiology.

## FACTUAL ALLEGATIONS

6. A patient named Maria obtained medical services from Memorial and MBB. Maria's Social Security Number ("SSN") is only 1 digit off from Plaintiff's.

7. When Maria obtained services from Memorial and MBB, her SSN was erroneously entered and, instead, was entered as the Plaintiff's SSN.

8. When Maria failed to pay for her services, Memorial and MBB sent the file to collections.

9. Because the wrong SSN was associated with the file, the collection agencies engaged in collection activities that damaged Plaintiff.

## COUNT I

## NEGLIGENCE AGAINST MEMORIAL

10. Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 9 as if set forth fully herein.

11. Memorial has a duty to properly collect and enter the identifying information, including SSN, of its patients.

12. Memorial breached this duty by (i) erroneously entering Maria's SSN and, instead, entering Plaintiff's SSN and/or (ii) failing to check or confirm Maria's SSN to prevent Plaintiff's SSN from being entered and sent to collection.

13. Memorial's breaches caused damages to Plaintiff including loss of credit, mental anguish and emotional distress.

## COUNT II

## NEGLIGENCE AGAINST MBB

14. Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 9 as if set forth fully herein.

15. MBB has a duty to properly collect and enter the identifying information, including SSN, of its patients.

16. MBB breached this duty by (i) erroneously entering Maria's SSN and, instead, entering Plaintiff's SSN and/or (ii) failing to check or confirm Maria's SSN to prevent Plaintiff's SSN from being entered and sent to collection.

17. MBB's breaches caused damages to Plaintiff including loss of credit, mental anguish and emotional distress.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendants for damages, costs, interest and any such other and further relief as may be just and proper.

## JURY TRIAL DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Dated: February 17, 2015          **ERIC C. ROBERSON, P.A.**

By: */s/ Eric C. Roberson*
Eric C. Roberson
Florida Bar No. 0014649
2064 Park St.
Jacksonville, FL 32204
(904) 404-8800
(904) 517-8387 (fax)
eric@robersonlawjax.com
*Attorneys and Trial Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on February 17, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Dale T. Golden
Benjamin W. Raslavich
Golden Scaz Gagain, PLLC
201 North Armenia Avenue
Tampa, Florida 33609

                 */s/ Eric C. Roberson*