**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MARILYN PRESHA-JACKSON,

        Plaintiff,                          CASE NO.:   3:14-cv-926-TJC-JBT

vs.

MEMORIAL FAMILY PRACTICE
ASSOCIATES, LLC and DRS. MORI,
BEAN AND BROOKS, P.A.,

        Defendants.

_____

**PLAINTIFF'S RESPONSE TO COURT'S ORDER ON MOTION FOR REMAND**

Plaintiff, by and through undersigned counsel, responds to the Court's Order [D.E. 31]:

Plaintiff's claims - from her original Complaint to the currently-pending Second Amended Complaint - arise from the same common core of facts. Plaintiff was the target of improper collection activity and credit reporting based on a hospital incorrectly entering Plaintiff's social security number instead of the patient's. Plaintiff's credit report contained abbreviations of the original creditor, believed to be Memorial Hospital.

Plaintiff originally filed a claim in Duval County Circuit Court against Memorial Healthcare Group, Inc. ("Memorial") and two outside debt collectors. Plaintiff has discontinued her claims against the two outside collectors. From the beginning of this lawsuit, Memorial has claimed it was not the entity that improperly sent Plaintiff to collections.

At the hearing on the Motion to Dismiss, Plaintiff informed the Court of Memorial's

1

claims and Plaintiff's effort to obtain the identity of the original creditors. In turn, the Court provided sixty (60) days in which to file the Second Amended Complaint.

During that time, Plaintiff was finally able to obtain the identities of the original creditors from then-Defendant CAC Financial Corp. Those original creditors are the Defendants named in the Second Amended Complaint.

Based on the information provided by CAC Financial Corp., Plaintiff also chose to pursue claims against the Defendants based on Negligence instead of pursuant to Florida's Consumer Collection Practices Act.

Although the names are different, they are still closely related to the entity commonly referred to as "Memorial Hospital." The original Defendant, Memorial, operates under the fictitious name "Memorial Hospital Jacksonville" and "Memorial Hospital" as well as several other fictitious names using the word 'Memorial.'

Defendant Memorial Family Practice Associates, LLC operates under several fictitious names including "Memorial Hospitalists" and "Memorial Behavioral Health." According to a sworn statement from CAC Financial Corp., Memorial Family Practice Associates, LLC was the entity that sent Plaintiff's social security number for collection.

Additionally, Defendant Drs. Mori, Bean and Brooks, P.A. ("MBB") is closely intertwined with "Memorial Hospital." According to its website, www.mbbradiology.com/index.php/locations, MBB operates within eight (8) separate "Memorial" entities. CAC Financial Corp.'s sworn statement also identified MBB as an entity that sent Plaintiff's social security number for collection.

Given these circumstances, Plaintiff's claims should be permitted to proceed through

remand to the state court. Plaintiff submits that it is inequitable and unjust to require Plaintiff to incur an additional filing fee and initiate a new lawsuit when the factual allegations are identical. The only change is the identity of the Defendants, all related and closely involved with the original Memorial defendant.

Plaintiff's Second Amended Complaint does not present a new lawsuit. It merely clarifies the identities of the actors within the multi-layered, complicated structure of the entity commonly referred to as "Memorial Hospital."

WHEREFORE Plaintiff respectfully requests that this Court remand the Second Amended Complaint to state court and allow Plaintiff to proceed on the merits of that pleading.

Dated: March 2, 2015            **ERIC C. ROBERSON, P.A.**

                                By:   */s/ Eric C. Roberson*
                                      Eric C. Roberson
                                      Florida Bar No. 0014649
                                      2064 Park St.
                                      Jacksonville, FL 32204
                                      (904) 404-8800
                                      (904) 517-8387 (fax)
                                      eric@robersonlawjax.com

                                *Attorneys and Trial Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 2, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                      */s/ Eric C. Roberson*