**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MARILYN PRESHA-JACKSON,

        Plaintiff,

vs.                                                Case No. 3:14-cv-926-J-32JBT

MEMORIAL HEALTHCARE GROUP, INC.,
et al.,

        Defendants.

## ORDER

Upon review, plaintiff's motion to remand (Doc. 30) is **GRANTED**; the Clerk shall remand this case to the Fourth Judicial Circuit Court in and for Duval County, Florida. Following remand, the Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 3rd day of March, 2015.

                                                      TIMOTHY J. CORRIGAN
                                                      United States District Judge

s.
Copies:

counsel of record

Clerk of Court
Fourth Judicial Circuit Court in and for Duval County, Florida